**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50053 |
| Plaintiff - Appellee, | D.C. No. 3:07-CR-03267-JLS-1 |
| v. | |
| GUADENCIO CAYETANO-CAMACHO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted February 16, 2010[**]

Before: FERNANDEZ, GOULD and M. SMITH, Circuit Judges.

Guadencio Cayetano-Camacho appeals from the 51-month sentence imposed

following his guilty-plea conviction for being a deported alien found in the United

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

HL/Inventory

States, in violation of 8 U.S.C. § 1326.  We have jurisdiction pursuant to 28 U.S.C. § 1291.  We affirm.

Cayetano-Camacho contends the district court erred by applying a "crime of violence" sentencing enhancement, pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(ii), because his prior conviction for lewd and lascivious acts on a minor under 14, in violation of California Penal Code § 288(a), does not constitute sexual abuse of a minor.  This contention is foreclosed by *United States v. Medina-Villa*, 567 F.3d 507, 509 (9th Cir. 2009).

**AFFIRMED.**